UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

MARK A THOMPSON                                            CASE NO. 08-14294
LAURA A THOMPSON                                           CHAPTER 7
            DEBTOR(S).

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

   Claim #4 of Professional Emergency Physicians
   Account number:  4992
   Claimed amount:  $114.00
   Pro rata distribution:  $4.15

   Claim #11 of Orthopaedics Northeast
   Account number:  09-12029
   Claimed amount:  $53.25
   Pro rata distribution:  $1.94

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  May 3, 2010                      /s/ Mark A. Warsco
                                         Mark A. Warsco, Trustee
                                         P.O. Box 11647
                                         Fort Wayne, IN  46859-1647
                                         Telephone:  (260) 469-0256
                                         e-mail: bankruptcy@rlwlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on May 3, 2010:

| | |
|---|---|
| JEFFREY S. ARNOLD<br>jsarnold@mchsi.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Profesional Emergency Physicians<br>PO Box 12949<br>Fort Wayne, IN 46866-2949 | Orthopaedics Northeast<br>c/o Snow&Sauerteig<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 |

    /s/ Mark A. Warsco
    Mark A. Warsco, Trustee